## QUATRO SYSTEMS, INC. EXHIBIT 1
## SCHEDULE OF PAYMENTS TO JIM CHEBIN
## DURING THE PERIOD OCTOBER 6, 2013 THROUGH OCTOBER 6, 2017

| Payees Names | Check Num | Check Date | Clear Date | Amount | Account |
|---|---|---|---|---|---|
| Jim Chebin | ACH | 11/17/14 | 11/17/14 | 1,014.00 | WF #1815 |
| Jim Chebin | ACH | 11/18/14 | 11/18/14 | 2,200.00 | WF #1815 |
| Jim Chebin | 16721 | 01/30/15 | 01/30/15 | 3,955.06 | WF #1815 |
| Jim Chebin | 16759 | 02/27/15 | 03/02/15 | 3,974.45 | WF #1815 |
| Jim Chebin | ACH | 12/18/15 | 12/18/15 | 174.79 | WF #1815 |
| Jim Chebin | 32784 | 02/01/16 | 02/01/16 | 264.00 | WF #1815 |
| Jim Chebin | 32820 | 03/03/16 | 03/04/16 | 670.00 | WF #1815 |
| Jim Chebin | ach | 08/23/16 | 08/23/16 | 500.00 | WF #1815 |
| Jim Chebin | 33035 | 08/31/16 | 08/31/16 | 225.00 | WF #1815 |
| Jim Chebin | 33100 | 10/27/16 | 10/27/16 | 350.00 | WF #1815 |
| **Jim Chebin Total** | | | | **13,327.30** | |