## QUATRO SYSTEMS, INC. EXHIBIT 2
## SCHEDULE OF PAYMENTS TO MIKE KAZAKEVICH
## DURING THE PERIOD OCTOBER 6, 2013 THROUGH OCTOBER 6, 2017

| Payees Names | Check Num | Check Date | Clear Date | Amount | Account |
|---|---|---|---|---|---|
| Mike Kazakevich | ACH | 10/01/13 | 10/01/13 | 999.41 | WF #1815 |
| Mike Kazakevich | ACH | 11/01/13 | 11/01/13 | 999.41 | WF #1815 |
| Mike Kazakevich | 32100 | 11/21/14 | 11/21/14 | 2,086.00 | WF #1815 |
| Mike Kazakevich | 32153 | 12/19/14 | 12/22/14 | 2,000.00 | WF #1815 |
| Mike Kazakevich | 32226 | 01/16/15 | 01/20/15 | 2,000.00 | WF #1815 |
| Mike Kazakevich | 16727 | 02/13/15 | 02/02/15 | 3,572.72 | WF #1815 |
| Mike Kazakevich | 32270 | 02/13/15 | 02/18/15 | 2,000.00 | WF #1815 |
| Mike Kazakevich | 16765 | 02/27/15 | 02/27/15 | 3,572.73 | WF #1815 |
| Mike Kazakevich | 32309 | 03/13/15 | 03/16/15 | 2,000.00 | WF #1815 |
| Mike Kazakevich | 32358 | 04/10/15 | 04/13/15 | 2,000.00 | WF #1815 |
| Mike Kazakevich | 32410 | 05/08/15 | 05/11/15 | 2,000.00 | WF #1815 |
| Mike Kazakevich | 32446 | 06/05/15 | 06/05/15 | 2,000.00 | WF #1815 |
| Mike Kazakevich | 32507 | 07/17/15 | 07/17/15 | 4,879.35 | WF #1815 |
| Mike Kazakevich | 32533 | 07/31/15 | 07/31/15 | 2,000.00 | WF #1815 |
| Mike Kazakevich | 32545 | 08/05/15 | 08/06/15 | 2,099.78 | WF #1815 |
| Mike Kazakevich | 32574 | 08/26/15 | 08/27/15 | 7,292.84 | WF #1815 |
| Mike Kazakevich | 32635 | 08/28/15 | 09/24/15 | 3,572.73 | WF #1815 |
| Mike Kazakevich | 32597 | 09/04/15 | 09/04/15 | 2,000.00 | WF #1815 |
| Mike Kazakevich | 32610 | 09/11/15 | 09/14/15 | 3,572.73 | WF #1815 |
| Mike Kazakevich | 32657 | 09/25/15 | 10/05/15 | 3,572.71 | WF #1815 |
| Mike Kazakevich | 32646 | 09/28/15 | 09/30/15 | 8,993.91 | WF #1815 |
| Mike Kazakevich | 32654 | 09/30/15 | 10/01/15 | 2,000.00 | WF #1815 |
| Mike Kazakevich | 32672 | 10/21/15 | 10/22/15 | 3,000.00 | WF #1815 |
| Mike Kazakevich | 32682 | 10/28/15 | 10/28/15 | 7,219.21 | WF #1815 |
| Mike Kazakevich | 32698 | 11/10/15 | 12/11/15 | 6,000.00 | WF #1815 |
| Mike Kazakevich | 32706 | 11/12/15 | 11/12/15 | 8,524.78 | WF #1815 |
| Mike Kazakevich | 32719 | 12/01/15 | 12/01/15 | 4,000.00 | WF #1815 |
| Mike Kazakevich | 32724 | 12/04/15 | 12/07/15 | 5,948.29 | WF #1815 |
| Mike Kazakevich | 32750 | 12/24/15 | 12/28/16 | 2,000.00 | WF #1815 |
| Mike Kazakevich | 32759 | 12/30/15 | 01/05/16 | 2,000.00 | WF #1815 |
| Mike Kazakevich | 32755 | 12/30/15 | 12/30/16 | 9,772.80 | WF #1815 |
| Mike Kazakevich | 32775 | 01/28/16 | 01/26/16 | 7,300.00 | WF #1815 |
| Mike Kazakevich | 32778 | 01/29/16 | 02/25/16 | 6,005.20 | WF #1815 |
| Mike Kazakevich | 32791 | 02/05/16 | 02/05/16 | 1,979.85 | WF #1815 |
| Mike Kazakevich | 32801 | 02/12/16 | 02/12/16 | 2,000.00 | WF #1815 |
| Mike Kazakevich | 32802 | 02/17/16 | 02/18/16 | 2,000.00 | WF #1815 |
| Mike Kazakevich | 32807 | 02/18/16 | 02/23/16 | 4,000.00 | WF #1815 |
| Mike Kazakevich | 32804 | 02/19/16 | 02/22/16 | 5,000.00 | WF #1815 |
| Mike Kazakevich | 32808 | 02/24/16 | 02/26/16 | 2,150.00 | WF #1815 |
| Mike Kazakevich | 32811 | 02/26/16 | 02/26/16 | 8,800.14 | WF #1815 |
| Mike Kazakevich | 32833 | 03/10/16 | 03/11/16 | 5,200.00 | WF #1815 |
| Mike Kazakevich | 32837 | 03/15/16 | 03/16/16 | 3,500.00 | WF #1815 |
| Mike Kazakevich | 32838 | 03/16/16 | 03/16/16 | 600.00 | WF #1815 |

QUATRO SYSTEMS, INC. EXHIBIT 2
SCHEDULE OF PAYMENTS TO MIKE KAZAKEVICH
DURING THE PERIOD OCTOBER 6, 2013 THROUGH OCTOBER 6, 2017

| Payees Names | Check Num | Check Date | Clear Date | Amount | Account |
|---|---|---|---|---|---|
| Mike Kazakevich | 32842 | 03/17/16 | 03/21/16 | 2,860.00 | WF #1815 |
| Mike Kazakevich | 32858 | 04/08/16 | 04/08/16 | 4,197.29 | WF #1815 |
| Mike Kazakevich | 32870 | 04/18/16 | 04/19/16 | 10,000.00 | WF #1815 |
| Mike Kazakevich | 32875 | 04/26/16 | 04/26/16 | 6,000.00 | WF #1815 |
| Mike Kazakevich | 32890 | 05/10/16 | 05/10/16 | 2,000.00 | WF #1815 |
| Mike Kazakevich | 32891 | 05/11/16 | 05/12/16 | 1,000.00 | WF #1815 |
| Mike Kazakevich | 32895 | 05/13/16 | 05/13/16 | 4,000.00 | WF #1815 |
| Mike Kazakevich | 32905 | 05/23/16 | 05/23/16 | 3,000.00 | WF #1815 |
| Mike Kazakevich | 32908 | 05/26/16 | 05/27/16 | 7,392.54 | WF #1815 |
| Mike Kazakevich | 32914 | 06/03/16 | 06/07/16 | 7,000.00 | WF #1815 |
| Mike Kazakevich | 32921 | 06/08/16 | 06/08/16 | 3,300.00 | WF #1815 |
| Mike Kazakevich | 32923 | 06/09/16 | 06/10/16 | 1,100.00 | WF #1815 |
| Mike Kazakevich | 32922 | 06/09/16 | 06/10/16 | 3,000.00 | WF #1815 |
| Mike Kazakevich | 32939 | 06/20/16 | 06/24/16 | 1,500.00 | WF #1815 |
| Mike Kazakevich | 32946 | 06/28/16 | 06/29/16 | 2,500.00 | WF #1815 |
| Mike Kazakevich | 32948 | 06/29/16 | 06/30/16 | 2,200.00 | WF #1815 |
| Mike Kazakevich | 32950 | 06/30/16 | 06/30/16 | 3,500.00 | WF #1815 |
| Mike Kazakevich | 32958 | 07/06/16 | 07/07/16 | 3,000.00 | WF #1815 |
| Mike Kazakevich | 32959 | 07/06/16 | 07/07/16 | 1,000.00 | WF #1815 |
| Mike Kazakevich | 32968 | 07/07/16 | 07/08/16 | 5,200.00 | WF #1815 |
| Mike Kazakevich | 32972 | 07/08/16 | 07/08/16 | 9,100.00 | WF #1815 |
| Mike Kazakevich | 32973 | 07/08/16 | 07/08/16 | 2,000.00 | WF #1815 |
| Mike Kazakevich | 32976 | 07/11/16 | 07/18/16 | 350.00 | WF #1815 |
| Mike Kazakevich | 32983 | 07/22/16 | 07/22/16 | 3,500.00 | WF #1815 |
| Mike Kazakevich | 33001 | 08/09/16 | 08/10/16 | 20,800.00 | WF #1815 |
| Mike Kazakevich | 33055 | 09/08/16 | 09/09/16 | 3,000.00 | WF #1815 |
| Mike Kazakevich | 33057 | 09/09/16 | 06/16/16 | 6,160.00 | WF #1815 |
| Mike Kazakevich | 33063 | 09/28/16 | 09/28/16 | 7,000.00 | WF #1815 |
| Mike Kazakevich | 33071 | 09/29/16 | 09/29/16 | 2,340.00 | WF #1815 |
| Mike Kazakevich | 33074 | 10/04/16 | 10/04/16 | 5,500.00 | WF #1815 |
| Mike Kazakevich | 33075 | 10/05/16 | 10/05/16 | 3,500.00 | WF #1815 |
| Mike Kazakevich | 33076 | 10/06/16 | 10/07/16 | 1,000.00 | WF #1815 |
| Mike Kazakevich | 33077 | 10/07/16 | 10/07/16 | 2,500.00 | WF #1815 |
| Mike Kazakevich | 33085 | 10/18/16 | 10/18/16 | 3,000.00 | WF #1815 |
| Mike Kazakevich | 33094 | 10/20/16 | 10/21/16 | 610.65 | WF #1815 |
| Mike Kazakevich | 33097 | 10/21/16 | 10/21/16 | 450.00 | WF #1815 |
| Mike Kazakevich | 33098 | 10/24/16 | 10/24/16 | 2,550.00 | WF #1815 |
| Mike Kazakevich | 33099 | 10/27/16 | 10/27/16 | 8,000.00 | WF #1815 |
| Mike Kazakevich | 33112 | 11/03/16 | 11/03/16 | 4,750.00 | WF #1815 |
| Mike Kazakevich | 33120 | 11/10/16 | 11/10/16 | 4,000.00 | WF #1815 |
| Mike Kazakevich | 33125 | 11/16/16 | 11/17/16 | 700.00 | WF #1815 |
| Mike Kazakevich | 33140 | 12/05/16 | 12/05/16 | 1,000.00 | WF #1815 |
| Mike Kazakevich | 33141 | 12/05/16 | 12/06/16 | 2,300.00 | WF #1815 |
| Mike Kazakevich | 33135 | 12/05/16 | 12/05/16 | 5,000.00 | WF #1815 |

QUATRO SYSTEMS, INC. EXHIBIT 2
SCHEDULE OF PAYMENTS TO MIKE KAZAKEVICH
DURING THE PERIOD OCTOBER 6, 2013 THROUGH OCTOBER 6, 2017

| Payees Names | Check Num | Check Date | Clear Date | Amount | Account |
|---|---|---|---|---|---|
| Mike Kazakevich | 33143 | 12/06/16 | 12/07/16 | 4,006.67 | WF #1815 |
| Mike Kazakevich | 33152 | 12/19/16 | 12/19/16 | 38,892.22 | WF #1815 |
| Mike Kazakevich | 33163 | 12/27/16 | 12/28/16 | 26,000.00 | WF #1815 |
| Mike Kazakevich | 33175 | 01/09/17 | 01/10/17 | 2,000.00 | WF #1815 |
| Mike Kazakevich | 33174 | 01/09/17 | 01/17/17 | 6,000.00 | WF #1815 |
| Mike Kazakevich | 33191 | 02/08/17 | 02/13/17 | 6,000.00 | WF #1815 |
| Mike Kazakevich | 33217 | 03/08/17 | 03/09/17 | 3,000.00 | WF #1815 |
| **Mike Kazakevich Total** | | | | **420,973.96** | |