## QUATRO SYSTEMS, INC. EXHIBIT 3
## SUMMARY OF PAYMENTS TO THIRD PARTIES FOR INSIDERS' PERSONAL DEBTS
## DURING THE PERIOD OCTOBER 6, 2013 THROUGH OCTOBER 6, 2017

| Payees Names | Amount |
|---|---:|
| American Express | 1,227,970.69 |
| Cash | 3,765.90 |
| Cenlar | 41,973.86 |
| Chase | 23,956.60 |
| Interdata Technical Resources / ITR | 559,280.28 |
| Michel R.C. Blondel Revocable Trust | 7,949.50 |
| **Total** | **1,864,896.83** |

QUATRO SYSTEMS, INC.
SCHEDULE OF PAYMENTS TO AMERICAN EXPRESS
DURING THE PERIOD OCTOBER 6, 2013 THROUGH OCTOBER 6, 2017

| Payees Names | Check Num | Check Date | Clear Date | Amount | Account |
|---|---|---|---|---|---|
| American Express | ACH | 10/01/13 | 10/01/13 | 13,000.00 | WF #1815 |
| American Express | ACH | 10/08/13 | 10/08/13 | 5,342.92 | WF #1815 |
| American Express | ACH | 10/18/13 | 10/18/13 | 6,000.00 | WF #1815 |
| American Express | ACH | 10/23/13 | 10/23/13 | 7,430.27 | WF #1815 |
| American Express | ACH | 11/13/13 | 11/13/13 | 8,000.00 | WF #1815 |
| American Express | ACH | 11/20/13 | 11/20/13 | 8,000.00 | WF #1815 |
| American Express | ACH | 11/25/13 | 11/25/13 | 7,113.70 | WF #1815 |
| American Express | ACH | 11/27/13 | 11/27/13 | 7.95 | WF #1815 |
| American Express | ACH | 12/04/13 | 12/04/13 | 6,000.00 | WF #1815 |
| American Express | ACH | 12/13/13 | 12/13/13 | 7,335.00 | WF #1815 |
| American Express | ACH | 12/26/13 | 12/26/13 | 16,041.56 | WF #1815 |
| American Express | ACH | 12/31/13 | 12/31/13 | 14,000.00 | WF #1815 |
| American Express | ACH | 01/24/14 | 01/24/14 | 17,780.61 | WF #1815 |
| American Express | ACH | 02/11/14 | 02/11/14 | 3,000.00 | WF #1815 |
| American Express | ACH | 02/21/14 | 02/21/14 | 7,665.52 | WF #1815 |
| American Express | ACH | 02/27/14 | 02/27/14 | 4,000.00 | WF #1815 |
| American Express | ACH | 03/07/14 | 03/07/14 | 12,000.00 | WF #1815 |
| American Express | ACH | 03/14/14 | 03/14/14 | 5,000.00 | WF #1815 |
| American Express | ACH | 03/20/14 | 03/20/14 | 3,000.00 | WF #1815 |
| American Express | ACH | 03/25/14 | 03/25/14 | 8,226.79 | WF #1815 |
| American Express | ACH | 04/02/14 | 04/02/14 | 10,000.00 | WF #1815 |
| American Express | ACH | 04/18/14 | 04/18/14 | 10,000.00 | WF #1815 |
| American Express | ACH | 04/22/14 | 04/22/14 | 11,808.71 | WF #1815 |
| American Express | ACH | 04/23/14 | 04/23/14 | 3,472.36 | WF #1815 |
| American Express | ACH | 05/02/14 | 05/02/14 | 6,400.00 | WF #1815 |
| American Express | ACH | 05/15/14 | 05/15/14 | 10,000.00 | WF #1815 |
| American Express | ACH | 05/16/14 | 05/16/14 | 5,000.00 | WF #1815 |
| American Express | ACH | 05/19/14 | 05/19/14 | 1,625.00 | WF #1815 |
| American Express | ACH | 05/23/14 | 05/23/14 | 4,901.87 | WF #1815 |
| American Express | ACH | 06/04/14 | 06/04/14 | 1,500.00 | WF #1815 |
| American Express | ACH | 06/06/14 | 06/06/14 | 1,000.00 | WF #1815 |
| American Express | ACH | 06/18/14 | 06/18/14 | 2,414.37 | WF #1815 |
| American Express | ACH | 06/23/14 | 06/23/14 | 8,000.00 | WF #1815 |
| American Express | ACH | 06/26/14 | 06/26/14 | 18,245.77 | WF #1815 |
| American Express | ACH | 07/03/14 | 07/03/14 | 5,000.00 | WF #1815 |

QUATRO SYSTEMS, INC.
SCHEDULE OF PAYMENTS TO AMERICAN EXPRESS
DURING THE PERIOD OCTOBER 6, 2013 THROUGH OCTOBER 6, 2017

| Payees Names | Check Num | Check Date | Clear Date | Amount | Account |
|---|---|---|---|---|---|
| American Express | ACH | 07/21/14 | 07/21/14 | 2,638.65 | WF #1815 |
| American Express | ACH | 07/24/14 | 07/24/14 | 17,000.00 | WF #1815 |
| American Express | ACH | 07/25/14 | 07/25/14 | 3,848.48 | WF #1815 |
| American Express | ACH | 08/12/14 | 08/12/14 | 6,000.00 | WF #1815 |
| American Express | ACH | 08/15/14 | 08/15/14 | 8,000.00 | WF #1815 |
| American Express | ACH | 08/18/14 | 08/18/14 | 1,335.00 | WF #1815 |
| American Express | ACH | 08/21/14 | 08/21/14 | 12,786.67 | WF #1815 |
| American Express | ACH | 09/04/14 | 09/04/14 | 1,500.00 | WF #1815 |
| American Express | ACH | 09/10/14 | 09/10/14 | 2,000.00 | WF #1815 |
| American Express | ACH | 09/16/14 | 09/16/14 | 1,000.00 | WF #1815 |
| American Express | ACH | 09/18/14 | 09/18/14 | 15,000.00 | WF #1815 |
| American Express | ACH | 09/22/14 | 09/22/14 | 11,338.78 | WF #1815 |
| American Express | ACH | 09/22/14 | 09/22/14 | 2,320.00 | WF #1815 |
| American Express | ACH | 10/09/14 | 10/09/14 | 5,000.00 | WF #1815 |
| American Express | ACH | 10/16/14 | 10/16/14 | 2,550.00 | WF #1815 |
| American Express | ACH | 10/24/14 | 10/24/14 | 7,000.00 | WF #1815 |
| American Express | ACH | 10/29/14 | 10/29/14 | 18,571.53 | WF #1815 |
| American Express | ACH | 11/21/14 | 11/21/14 | 25,284.81 | WF #1815 |
| American Express | ACH | 12/26/14 | 12/26/14 | 19,087.02 | WF #1815 |
| American Express | ACH | 12/29/14 | 12/29/14 | 1,598.96 | WF #1815 |
| American Express | ACH | 01/20/15 | 01/20/15 | 15,000.00 | WF #1815 |
| American Express | ACH | 01/26/15 | 01/26/15 | 10,537.93 | WF #1815 |
| American Express | ACH | 02/17/15 | 02/17/15 | 10,000.00 | WF #1815 |
| American Express | ACH | 02/18/15 | 02/18/15 | 3,339.76 | WF #1815 |
| American Express | ACH | 02/23/15 | 02/23/15 | 11,112.12 | WF #1815 |
| American Express | ACH | 03/16/15 | 03/16/15 | 11,000.00 | WF #1815 |
| American Express | ach | 03/18/15 | 03/18/15 | 2,605.10 | WF #1815 |
| American Express | ACH | 03/20/15 | 03/20/15 | 9,291.24 | WF #1815 |
| American Express | ACH | 04/16/15 | 04/16/15 | 2,000.00 | WF #1815 |
| American Express | ACH | 04/21/15 | 04/21/15 | 8,000.00 | WF #1815 |
| American Express | ACH | 04/24/15 | 04/24/15 | 13,946.56 | WF #1815 |
| American Express | ach | 04/29/15 | 04/29/15 | 7.95 | WF #1815 |
| American Express | pay | 04/30/15 | 04/22/15 | 2,000.00 | WF #1815 |
| American Express | ach | 05/18/15 | 05/18/15 | 3,053.34 | WF #1815 |
| American Express | ACH | 05/22/15 | 05/22/15 | 13,294.18 | WF #1815 |

**QUATRO SYSTEMS, INC.**
**SCHEDULE OF PAYMENTS TO AMERICAN EXPRESS**
**DURING THE PERIOD OCTOBER 6, 2013 THROUGH OCTOBER 6, 2017**

| Payees Names | Check Num | Check Date | Clear Date | Amount | Account |
|---|---|---|---|---|---|
| American Express | ACH | 05/26/15 | 05/26/15 | 10,000.00 | WF #1815 |
| American Express | ach | 05/28/15 | 05/28/15 | 7.95 | WF #1815 |
| American Express | ACH | 06/12/15 | 06/12/15 | 2,000.00 | WF #1815 |
| American Express | ACH | 06/18/15 | 06/18/15 | 2,000.00 | WF #1815 |
| American Express | ACH | 06/24/15 | 06/24/15 | 23,325.85 | WF #1815 |
| American Express | ach | 06/29/15 | 06/29/15 | 7.95 | WF #1815 |
| American Express | 32484 | 06/30/15 | 07/03/15 | 12,157.87 | WF #1815 |
| American Express | ACH | 07/14/15 | 07/14/15 | 7,000.00 | WF #1815 |
| American Express | ACH | 07/20/15 | 07/20/15 | 1,710.00 | WF #1815 |
| American Express | ACH | 07/28/15 | 07/28/15 | 6,000.00 | WF #1815 |
| American Express | ACH | 07/29/15 | 07/29/15 | 11,531.39 | WF #1815 |
| American Express | ACH | 08/03/15 | 08/03/15 | 1,000.00 | WF #1815 |
| American Express | ACH | 08/19/15 | 08/19/15 | 1,000.00 | WF #1815 |
| American Express | ACH | 08/20/15 | 08/20/15 | 11,000.00 | WF #1815 |
| American Express | ach | 09/03/15 | 09/03/15 | 500.00 | WF #1815 |
| American Express | ach | 09/04/15 | 09/04/15 | 1,530.00 | WF #1815 |
| American Express | ACH | 09/10/15 | 09/10/15 | 7,000.00 | WF #1815 |
| American Express | ACH | 09/11/15 | 09/11/15 | 6,854.29 | WF #1815 |
| American Express | ACH | 09/16/15 | 09/16/15 | 10,000.00 | WF #1815 |
| American Express | ACH | 09/16/15 | 09/16/15 | 2,000.00 | WF #1815 |
| American Express | ach | 09/21/15 | 09/21/15 | 1,450.00 | WF #1815 |
| American Express | ACH | 09/22/15 | 09/22/15 | 5,000.00 | WF #1815 |
| American Express | ACH | 09/25/15 | 09/25/15 | 12,000.00 | WF #1815 |
| American Express | ACH | 10/02/15 | 10/02/15 | 7,000.00 | WF #1815 |
| American Express | ACH | 10/14/15 | 10/14/15 | 1,000.00 | WF #1815 |
| American Express | ach | 10/19/15 | 10/19/15 | 1,650.00 | WF #1815 |
| American Express | ACH | 10/20/15 | 10/20/15 | 2,000.00 | WF #1815 |
| American Express | ACH | 10/23/15 | 10/23/15 | 5,000.00 | WF #1815 |
| American Express | ACH | 10/28/15 | 10/28/15 | 6,000.00 | WF #1815 |
| American Express | ACH | 11/02/15 | 11/02/15 | 5,000.00 | WF #1815 |
| American Express | ACH | 11/10/15 | 11/10/15 | 5,710.30 | WF #1815 |
| American Express | ACH | 11/17/15 | 11/17/15 | 8,000.00 | WF #1815 |
| American Express | ACH | 11/17/15 | 11/17/15 | 1,500.00 | WF #1815 |
| American Express | ACH | 11/25/15 | 11/25/15 | 5,000.00 | WF #1815 |
| American Express | ACH | 11/25/15 | 11/25/15 | 4,000.00 | WF #1815 |

**QUATRO SYSTEMS, INC.**
**SCHEDULE OF PAYMENTS TO AMERICAN EXPRESS**
**DURING THE PERIOD OCTOBER 6, 2013 THROUGH OCTOBER 6, 2017**

| Payees Names | Check Num | Check Date | Clear Date | Amount | Account |
|---|---|---|---|---|---|
| American Express | ACH | 12/09/15 | 12/09/15 | 5,000.00 | WF #1815 |
| American Express | ACH | 12/14/15 | 12/14/15 | 9,000.00 | WF #1815 |
| American Express | ACH | 12/14/15 | 12/14/15 | 7,000.00 | WF #1815 |
| American Express | ACH | 12/21/15 | 12/21/15 | 2,500.00 | WF #1815 |
| American Express | ACH | 12/22/15 | 12/22/15 | 7,300.00 | WF #1815 |
| American Express | ACH | 12/22/15 | 12/22/15 | 1,500.00 | WF #1815 |
| American Express | ACH | 12/23/15 | 12/23/15 | 5,500.00 | WF #1815 |
| American Express | ACH | 01/19/16 | 01/19/16 | 1,500.00 | WF #1815 |
| American Express | ACH | 01/20/16 | 01/20/16 | 2,500.00 | WF #1815 |
| American Express | ACH | 01/21/16 | 01/21/16 | 2,087.63 | WF #1815 |
| American Express | ACH | 01/26/16 | 01/26/16 | 1,000.00 | WF #1815 |
| Amex Settlement | ACH | 01/28/16 | 01/28/16 | 7.95 | WF #1815 |
| American Express | ACH | 02/12/16 | 02/12/16 | 3,000.00 | WF #1815 |
| American Express | ACH | 02/18/16 | 02/18/16 | 25,000.00 | WF #1815 |
| American Express | ach | 02/29/16 | 02/29/16 | 7.95 | WF #1815 |
| American Express | ACH | 03/03/16 | 03/03/16 | 10,000.00 | WF #1815 |
| American Express | ACH | 03/07/16 | 03/07/16 | 2,000.00 | WF #1815 |
| American Express | ACH | 03/10/16 | 03/10/16 | 1,000.00 | WF #1815 |
| American Express | ACH | 03/11/16 | 03/11/16 | 4,500.00 | WF #1815 |
| American Express | ACH | 03/14/16 | 03/14/16 | 450.00 | WF #1815 |
| American Express | ACH | 03/15/16 | 03/15/16 | 4,000.00 | WF #1815 |
| American Express | ACH | 03/16/16 | 03/16/16 | 5,000.00 | WF #1815 |
| American Express | ACH | 03/17/16 | 03/17/16 | 1,400.00 | WF #1815 |
| American Express | ACH | 03/18/16 | 03/18/16 | 1,307.87 | WF #1815 |
| American Express | ACH | 03/23/16 | 03/23/16 | 1,000.00 | WF #1815 |
| American Express | ACH | 03/24/16 | 03/24/16 | 900.00 | WF #1815 |
| American Express | ACH | 03/28/16 | 03/28/16 | 1,200.00 | WF #1815 |
| American Express | ACH | 03/30/16 | 03/30/16 | 1,000.00 | WF #1815 |
| American Express | ACH | 03/31/16 | 03/31/16 | 19,000.00 | WF #1815 |
| American Express | ACH | 04/01/16 | 04/01/16 | 1,000.00 | WF #1815 |
| American Express | ACH | 04/04/16 | 04/04/16 | 550.00 | WF #1815 |
| American Express | ACH | 04/06/16 | 04/06/16 | 12,500.00 | WF #1815 |
| American Express | ACH | 04/07/16 | 04/07/16 | 5,400.00 | WF #1815 |
| American Express | ACH | 04/11/16 | 04/11/16 | 3,000.00 | WF #1815 |
| American Express | ACH | 04/12/16 | 04/12/16 | 2,000.00 | WF #1815 |

QUATRO SYSTEMS, INC.
SCHEDULE OF PAYMENTS TO AMERICAN EXPRESS
DURING THE PERIOD OCTOBER 6, 2013 THROUGH OCTOBER 6, 2017

| Payees Names | Check Num | Check Date | Clear Date | Amount | Account |
|---|---|---|---|---|---|
| American Express | ACH | 04/14/16 | 04/14/16 | 2,000.00 | WF #1815 |
| American Express | ACH | 04/15/16 | 04/15/16 | 2,700.00 | WF #1815 |
| American Express | ACH | 04/18/16 | 04/18/16 | 1,500.00 | WF #1815 |
| American Express | ACH | 04/18/16 | 04/18/16 | 2,365.47 | WF #1815 |
| American Express | ACH | 04/18/16 | 04/18/16 | 12,200.00 | WF #1815 |
| American Express | ACH | 04/19/16 | 04/19/16 | 9,300.00 | WF #1815 |
| American Express | ACH | 04/20/16 | 04/20/16 | 6,000.00 | WF #1815 |
| American Express | ACH | 04/28/16 | 04/28/16 | 900.00 | WF #1815 |
| American Express | ACH | 04/29/16 | 04/29/16 | 2,300.00 | WF #1815 |
| American Express | ACH | 05/02/16 | 05/02/16 | 5,700.00 | WF #1815 |
| American Express | ACH | 05/03/16 | 05/03/16 | 2,100.00 | WF #1815 |
| American Express | ACH | 05/04/16 | 05/04/16 | 6,800.00 | WF #1815 |
| American Express | ACH | 05/05/16 | 05/05/16 | 2,200.00 | WF #1815 |
| American Express | ACH | 05/06/16 | 05/06/16 | 2,000.00 | WF #1815 |
| American Express | ACH | 05/06/16 | 05/06/16 | 6,600.00 | WF #1815 |
| American Express | ACH | 05/11/16 | 05/11/16 | 11,000.00 | WF #1815 |
| American Express | ACH | 05/13/16 | 05/13/16 | 6,000.00 | WF #1815 |
| American Express | ACH | 05/16/16 | 05/16/16 | 2,200.00 | WF #1815 |
| American Express | ACH | 05/17/16 | 05/17/16 | 2,200.00 | WF #1815 |
| American Express | ACH | 05/18/16 | 05/18/16 | 8,300.00 | WF #1815 |
| American Express | ACH | 05/24/16 | 05/24/16 | 1,900.00 | WF #1815 |
| American Express | ACH | 05/25/16 | 05/25/16 | 10,500.00 | WF #1815 |
| American Express | ACH | 05/26/16 | 05/26/16 | 5,500.00 | WF #1815 |
| American Express | ACH | 05/27/16 | 05/27/16 | 3,100.00 | WF #1815 |
| American Express | ACH | 06/02/16 | 06/02/16 | 2,600.00 | WF #1815 |
| American Express | ACH | 06/02/16 | 06/02/16 | 5,300.00 | WF #1815 |
| American Express | ACH | 06/07/16 | 06/07/16 | 200.00 | WF #1815 |
| American Express | ACH | 06/07/16 | 06/07/16 | 500.00 | WF #1815 |
| American Express | ACH | 06/13/16 | 06/13/16 | 5,100.00 | WF #1815 |
| American Express | ACH | 06/14/16 | 06/14/16 | 1,700.00 | WF #1815 |
| American Express | ACH | 06/15/16 | 06/15/16 | 1,400.00 | WF #1815 |
| American Express | ACH | 06/16/16 | 06/16/16 | 3,100.00 | WF #1815 |
| American Express | ACH | 06/17/16 | 06/17/16 | 4,700.00 | WF #1815 |
| American Express | ACH | 06/20/16 | 06/20/16 | 3,000.00 | WF #1815 |
| American Express | ACH | 06/22/16 | 06/22/16 | 2,000.00 | WF #1815 |

**QUATRO SYSTEMS, INC.**
**SCHEDULE OF PAYMENTS TO AMERICAN EXPRESS**
**DURING THE PERIOD OCTOBER 6, 2013 THROUGH OCTOBER 6, 2017**

| Payees Names | Check Num | Check Date | Clear Date | Amount | Account |
|---|---|---|---|---|---|
| American Express | ACH | 06/23/16 | 06/23/16 | 2,875.02 | WF #1815 |
| American Express | ACH | 06/28/16 | 06/28/16 | 1,270.00 | WF #1815 |
| American Express | ACH | 07/06/16 | 07/06/16 | 756.80 | WF #1815 |
| American Express | ACH | 07/13/16 | 07/13/16 | 3,600.00 | WF #1815 |
| American Express | ACH | 07/20/16 | 07/20/16 | 16,500.00 | WF #1815 |
| American Express | ACH | 07/21/16 | 07/21/16 | 4,100.00 | WF #1815 |
| American Express | ACH | 07/22/16 | 07/22/16 | 2,000.00 | WF #1815 |
| American Express | ACH | 07/25/16 | 07/25/16 | 6,000.00 | WF #1815 |
| American Express | ACH | 07/26/16 | 07/26/16 | 1,200.00 | WF #1815 |
| American Express | ACH | 07/28/16 | 07/28/16 | 15,500.00 | WF #1815 |
| Amex Settlement | ach | 07/28/16 | 07/28/16 | 7.95 | WF #1815 |
| American Express | ACH | 08/02/16 | 08/02/16 | 800.00 | WF #1815 |
| American Express | ACH | 08/11/16 | 08/11/16 | 9,000.00 | WF #1815 |
| American Express | ACH | 08/12/16 | 08/12/16 | 4,300.00 | WF #1815 |
| American Express | ACH | 08/15/16 | 08/15/16 | 2,000.00 | WF #1815 |
| American Express | ACH | 08/19/16 | 08/19/16 | 1,500.00 | WF #1815 |
| American Express | ACH | 08/22/16 | 08/22/16 | 1,000.00 | WF #1815 |
| American Express | ACH | 08/23/16 | 08/23/16 | 1,200.00 | WF #1815 |
| American Express | ACH | 08/25/16 | 08/25/16 | 3,000.00 | WF #1815 |
| American Express | ACH | 08/29/16 | 08/29/16 | 2,000.00 | WF #1815 |
| American Express | ACH | 08/30/16 | 08/30/16 | 3,000.00 | WF #1815 |
| American Express | ACH | 09/01/16 | 09/01/16 | 2,100.00 | WF #1815 |
| American Express | ACH | 09/14/16 | 09/14/16 | 800.00 | WF #1815 |
| American Express | ACH | 09/15/16 | 09/15/16 | 1,100.00 | WF #1815 |
| American Express | ACH | 09/20/16 | 09/20/16 | 2,600.00 | WF #1815 |
| American Express | ACH | 09/22/16 | 09/22/16 | 1,400.00 | WF #1815 |
| American Express | ACH | 09/27/16 | 09/27/16 | 3,800.00 | WF #1815 |
| Amex Settlement | ach | 09/28/16 | 09/28/16 | 7.95 | WF #1815 |
| American Express | ACH | 10/07/16 | 10/07/16 | 750.00 | WF #1815 |
| American Express | ACH | 10/13/16 | 10/13/16 | 10,300.00 | WF #1815 |
| American Express | ACH | 10/20/16 | 10/20/16 | 700.00 | WF #1815 |
| American Express | ACH | 10/26/16 | 10/27/16 | 6,200.00 | WF #1815 |
| American Express | ACH | 10/28/16 | 10/28/16 | 2,300.00 | WF #1815 |
| American Express | ACH | 10/31/16 | 10/31/16 | 500.00 | WF #1815 |
| American Express | ACH | 11/01/16 | 11/01/16 | 4,000.00 | WF #1815 |

**QUATRO SYSTEMS, INC.**
**SCHEDULE OF PAYMENTS TO AMERICAN EXPRESS**
**DURING THE PERIOD OCTOBER 6, 2013 THROUGH OCTOBER 6, 2017**

| Payees Names | Check Num | Check Date | Clear Date | Amount | Account |
|---|---|---|---|---|---|
| American Express | ACH | 11/02/16 | 11/02/16 | 5,400.00 | WF #1815 |
| American Express | ACH | 11/17/16 | 11/17/16 | 400.00 | WF #1815 |
| American Express | ACH | 11/21/16 | 11/21/16 | 1,000.00 | WF #1815 |
| American Express | ACH | 11/21/16 | 11/21/16 | 1,000.00 | WF #1815 |
| Amex Settlement | ach | 11/29/16 | 11/29/16 | 7.95 | WF #1815 |
| American Express | ACH | 12/01/16 | 12/01/16 | 9,000.00 | WF #1815 |
| American Express | ACH | 12/02/16 | 12/02/16 | 1,984.37 | WF #1815 |
| American Express | ACH | 12/07/16 | 12/07/16 | 4,000.00 | WF #1815 |
| American Express | ach | 12/16/16 | 12/16/16 | 12,000.00 | WF #1815 |
| American Express | ach | 12/19/16 | 12/19/16 | 4,621.16 | WF #1815 |
| American Express | ACH | 12/23/16 | 12/23/16 | 1,000.00 | WF #1815 |
| American Express | JimPay | 12/27/16 | 12/27/16 | 3,000.00 | WF #1815 |
| American Express | paydown | 01/03/17 | 01/03/17 | 500.00 | WF #1815 |
| American Express | ach | 01/17/17 | 01/17/17 | 3,000.00 | WF #1815 |
| American Express | payment | 01/17/17 | 01/17/17 | 700.00 | WF #1815 |
| American Express | paydown | 01/25/17 | 01/25/17 | 600.00 | WF #1815 |
| American Express | paydown | 01/26/17 | 01/26/17 | 3,000.00 | WF #1815 |
| American Express | paydown | 01/27/17 | 01/27/17 | 1,000.00 | WF #1815 |
| American Express | paydown | 01/27/17 | 01/27/17 | 1,300.00 | WF #1815 |
| American Express | ach | 02/02/17 | 02/02/17 | 2,800.00 | WF #1815 |
| American Express | ach | 02/17/17 | 02/17/17 | 10,500.00 | WF #1815 |
| American Express | ach | 02/21/17 | 02/21/17 | 1,350.00 | WF #1815 |
| American Express | ach | 02/22/17 | 02/22/17 | 255.00 | WF #1815 |
| American Express | ach | 02/28/17 | 02/28/17 | 1,000.00 | WF #1815 |
| American Express | ach | 03/01/17 | 03/01/17 | 7.95 | WF #1815 |
| American Express | ach | 03/02/17 | 03/02/17 | 950.00 | WF #1815 |
| American Express | ach | 03/02/17 | 03/02/17 | 1,160.00 | WF #1815 |
| American Express | ach | 03/08/17 | 03/08/17 | 393.59 | WF #1815 |
| American Express | ach | 03/08/17 | 03/09/17 | 8,500.00 | WF #1815 |
| American Express | ach | 03/13/17 | 03/13/17 | 10,000.00 | WF #1815 |
| **American Express Total** | | | | **1,227,970.69** | |

## QUATRO SYSTEMS, INC.
## SCHEDULE OF PAYMENTS TO CASH
### DURING THE PERIOD OCTOBER 6, 2013 THROUGH OCTOBER 6, 2017

| Payees Names | Check Num | Check Date | Clear Date | Amount | Account |
|---|---|---|---|---|---|
| Cash | ach | 08/28/15 | 08/28/15 | 7.95 | WF #1815 |
| Cash | ach | 12/30/16 | 12/28/16 | 7.95 | WF #1815 |
| Cash | 33218 | 03/09/17 | 03/10/17 | 3,750.00 | WF #1815 |
| **Cash Total** | | | | **3,765.90** | |

## QUATRO SYSTEMS, INC.
## SCHEDULE OF PAYMENTS TO CENLAR
### DURING THE PERIOD OCTOBER 6, 2013 THROUGH OCTOBER 6, 2017

| Payees Names | Check Num | Check Date | Clear Date | Amount | Account |
|---|---|---|---|---|---|
| Cenlar | ACH | 12/17/14 | 12/17/14 | 4,677.40 | WF #1815 |
| Cenlar | ach | 05/19/15 | 05/19/15 | 4,666.37 | WF #1815 |
| Cenlar | ach | 09/18/15 | 09/18/15 | 4,666.37 | WF #1815 |
| Cenlar | ach | 10/19/15 | 10/19/15 | 4,666.37 | WF #1815 |
| Cenlar | ach | 11/18/15 | 11/18/15 | 4,666.37 | WF #1815 |
| Cenlar | ACH | 12/17/15 | 12/17/15 | 4,666.37 | WF #1815 |
| Cenlar | ach | 06/20/16 | 06/20/16 | 4,654.87 | WF #1815 |
| Cenlar | ach | 07/19/16 | 07/19/16 | 4,654.87 | WF #1815 |
| Cenlar | ach | 08/18/16 | 08/18/16 | 4,654.87 | WF #1815 |
| **Cenlar Total** | | | | **41,973.86** | |

## QUATRO SYSTEMS, INC.
## SCHEDULE OF PAYMENTS TO CHASE AND CHASE EPAY
## DURING THE PERIOD OCTOBER 6, 2013 THROUGH OCTOBER 6, 2017

| Payees Names | Check Num | Check Date | Clear Date | Amount | Account |
|---|---|---|---|---|---|
| Chase Epay | ACH | 04/24/14 | 04/24/14 | 1,340.00 | WF #1815 |
| Chase Epay | ACH | 06/16/14 | 06/16/14 | 1,068.00 | WF #1815 |
| Chase | ACH | 12/15/14 | 12/15/14 | 1,026.00 | WF #1815 |
| Chase Epay | ACH | 02/17/15 | 02/17/15 | 1,004.00 | WF #1815 |
| Chase | ACH | 02/18/15 | 02/18/15 | 2,373.65 | WF #1815 |
| Chase Epay | ACH | 03/16/15 | 03/16/15 | 995.00 | WF #1815 |
| Cahse Epay | ACH | 04/15/15 | 04/15/15 | 921.00 | WF #1815 |
| Chase | ACH | 04/16/15 | 04/16/15 | 2,373.65 | WF #1815 |
| Chase Epay | ACH | 05/14/15 | 05/14/15 | 1,005.00 | WF #1815 |
| Chase Epay | ACH | 06/15/15 | 06/15/15 | 979.00 | WF #1815 |
| Chase Epay | ACH | 07/14/15 | 07/14/15 | 1,000.00 | WF #1815 |
| Chase Epay | ACH | 09/14/15 | 09/14/15 | 2,029.00 | WF #1815 |
| Chase | ACH | 06/14/16 | 06/14/16 | 1,020.00 | WF #1815 |
| Chase Epay | ACH | 08/11/16 | 08/11/16 | 2,075.00 | WF #1815 |
| Chase | ACH | 08/11/16 | 08/11/16 | 4,747.30 | WF #1815 |
| **Chase and Chase Epay Total** | | | | 23,956.60 | |
| | | | | | |
| **Grand Total** | | | | 23,956.60 | |

QUATRO SYSTEMS, INC.
SCHEDULE OF PAYMENTS TO ITR
DURING THE PERIOD OCTOBER 6, 2013 THROUGH OCTOBER 6, 2017

| Payees Names | Check Num | Check Date | Clear Date | Amount | Account |
|---|---|---|---|---|---|
| Interdata Technical Resources / ITR | ACH | 10/03/13 | 10/03/13 | 3,300.00 | WF #1815 |
| Interdata Technical Resources / ITR | ACH | 10/17/13 | 10/17/13 | 26,800.00 | WF #1815 |
| Interdata Technical Resources / ITR | ACH | 10/31/13 | 10/31/13 | 9,700.00 | WF #1815 |
| Interdata Technical Resources / ITR | ACH | 11/14/13 | 11/14/13 | 17,100.00 | WF #1815 |
| Interdata Technical Resources / ITR | ACH | 11/27/13 | 11/27/13 | 5,300.00 | WF #1815 |
| Interdata Technical Resources / ITR | ACH | 12/12/13 | 12/12/13 | 10,500.00 | WF #1815 |
| Interdata Technical Resources / ITR | ACH | 12/13/13 | 12/13/13 | 6,010.00 | WF #1815 |
| Interdata Technical Resources / ITR | ACH | 01/10/14 | 01/10/14 | 3,300.00 | WF #1815 |
| Interdata Technical Resources / ITR | ACH | 01/17/14 | 01/17/14 | 1,073.25 | WF #1815 |
| Interdata Technical Resources / ITR | ACH | 01/21/14 | 01/21/14 | 2,500.00 | WF #1815 |
| Interdata Technical Resources / ITR | ACH | 03/07/14 | 03/07/14 | 5,000.00 | WF #1815 |
| Interdata Technical Resources / ITR | ACH | 03/14/14 | 03/14/14 | 17,000.00 | WF #1815 |
| Interdata Technical Resources / ITR | ACH | 03/19/14 | 03/19/14 | 13,200.00 | WF #1815 |
| Interdata Technical Resources / ITR | ACH | 04/01/14 | 04/01/14 | 12,000.00 | WF #1815 |
| Interdata Technical Resources / ITR | ACH | 06/25/14 | 06/25/14 | 11,500.00 | WF #1815 |
| Interdata Technical Resources / ITR | ACH | 07/31/14 | 07/31/14 | 12,000.00 | WF #1815 |
| Interdata Technical Resources / ITR | ACH | 09/15/14 | 09/15/14 | 2,700.00 | WF #1815 |
| Interdata Technical Resources / ITR | ACH | 09/17/14 | 09/17/14 | 4,600.00 | WF #1815 |
| Interdata Technical Resources / ITR | ACH | 09/18/14 | 09/18/14 | 8,500.00 | WF #1815 |
| Interdata Technical Resources / ITR | ACH | 09/29/14 | 09/29/14 | 50,000.00 | WF #1815 |
| Interdata Technical Resources / ITR | ACH | 10/16/14 | 10/16/14 | 5,000.00 | WF #1815 |
| Interdata Technical Resources / ITR | ACH | 10/21/14 | 10/21/14 | 6,200.00 | WF #1815 |
| Interdata Technical Resources / ITR | ACH | 10/30/14 | 10/30/14 | 5,000.00 | WF #1815 |
| Interdata Technical Resources / ITR | 11102014 | 11/10/14 | 11/10/14 | 4,000.00 | WF #1815 |
| Interdata Technical Resources / ITR | ACH | 11/13/14 | 11/13/14 | 79,165.00 | WF #1815 |
| Interdata Technical Resources / ITR | ACH | 01/22/15 | 01/22/15 | 10,000.00 | WF #1815 |
| Interdata Technical Resources / ITR | TRANS | 02/04/15 | 02/04/15 | 3,000.00 | WF #1815 |
| Interdata Corporation | Transfer | 02/05/15 | 02/05/15 | 250.00 | WF #1815 |
| Interdata Technical Resources / ITR | wire | 04/02/15 | 04/02/15 | 3,500.00 | WF #1815 |
| Interdata Technical Resources / ITR | ach | 04/03/15 | 04/03/15 | 3,500.00 | WF #1815 |
| Interdata Technical Resources / ITR | wire | 04/08/15 | 04/08/15 | 4,500.00 | WF #1815 |
| Interdata Technical Resources / ITR | wire | 05/01/15 | 05/01/15 | 1,000.00 | WF #1815 |

Page 1 of 3

**QUATRO SYSTEMS, INC.**
**SCHEDULE OF PAYMENTS TO ITR**
**DURING THE PERIOD OCTOBER 6, 2013 THROUGH OCTOBER 6, 2017**

| Payees Names | Check Num | Check Date | Clear Date | Amount | Account |
|---|---|---|---|---|---|
| Interdata Technical Resources / ITR | wire | 05/06/15 | 05/06/15 | 4,000.00 | WF #1815 |
| Interdata Technical Resources / ITR | wire | 05/19/15 | 05/19/15 | 2,000.00 | WF #1815 |
| Interdata Technical Resources / ITR | ACH | 06/04/15 | 06/04/15 | 2,500.00 | WF #1815 |
| Interdata Technical Resources / ITR | wire | 09/15/15 | 09/15/15 | 6,000.00 | WF #1815 |
| Interdata Technical Resources / ITR | wire | 09/17/15 | 09/17/15 | 2,500.00 | WF #1815 |
| Interdata Technical Resources / ITR | WIRE | 12/10/15 | 12/10/15 | 3,000.00 | WF #1815 |
| Interdata Technical Resources / ITR | WIRE | 12/11/15 | 12/10/15 | 3,000.00 | WF #1815 |
| Interdata Technical Resources / ITR | WIRE | 12/23/15 | 12/23/15 | 1,200.00 | WF #1815 |
| Interdata Technical Resources / ITR | WIRE | 12/24/15 | 12/24/15 | 500.00 | WF #1815 |
| Interdata Technical Resources / ITR | wire | 02/10/16 | 02/10/16 | 3,000.00 | WF #1815 |
| Interdata Technical Resources / ITR | wire | 03/04/16 | 03/04/16 | 600.00 | WF #1815 |
| Interdata Technical Resources / ITR | wire | 03/09/16 | 03/09/16 | 2,000.00 | WF #1815 |
| Interdata Technical Resources / ITR | wire | 03/10/16 | 03/10/16 | 500.00 | WF #1815 |
| Interdata Technical Resources / ITR | wire | 03/17/16 | 03/17/16 | 5,400.00 | WF #1815 |
| Interdata Technical Resources / ITR | wire | 03/23/16 | 03/23/16 | 4,700.00 | WF #1815 |
| Interdata Technical Resources / ITR | wire | 03/25/16 | 03/25/16 | 680.00 | WF #1815 |
| Interdata Technical Resources / ITR | wire | 04/05/16 | 04/05/16 | 2,000.00 | WF #1815 |
| Interdata Technical Resources / ITR | wire | 04/28/16 | 04/28/16 | 7,100.00 | WF #1815 |
| Interdata Technical Resources / ITR | wire | 05/18/16 | 05/18/16 | 6,600.00 | WF #1815 |
| Interdata Technical Resources / ITR | wire | 05/26/16 | 05/26/16 | 2,700.00 | WF #1815 |
| Interdata Technical Resources / ITR | wire | 05/27/16 | 05/27/16 | 500.00 | WF #1815 |
| Interdata Technical Resources / ITR | wire | 06/01/16 | 06/01/16 | 5,300.00 | WF #1815 |
| Interdata Technical Resources / ITR | wire | 06/15/16 | 06/15/16 | 700.00 | WF #1815 |
| Interdata Technical Resources / ITR | wire | 06/24/16 | 06/24/16 | 1,400.00 | WF #1815 |
| Interdata Technical Resources / ITR | wire | 06/28/16 | 06/28/16 | 1,800.00 | WF #1815 |
| Interdata Technical Resources / ITR | wire | 07/22/16 | 07/22/16 | 4,300.00 | WF #1815 |
| Interdata Technical Resources / ITR | wire | 08/01/16 | 08/01/16 | 3,000.00 | WF #1815 |
| Interdata Technical Resources / ITR | wire | 08/09/16 | 08/09/16 | 14,000.00 | WF #1815 |
| Interdata Technical Resources / ITR | wire | 08/18/16 | 08/18/16 | 3,000.00 | WF #1815 |
| Interdata Technical Resources / ITR | wire | 08/22/16 | 08/22/16 | 800.00 | WF #1815 |
| Interdata Technical Resources / ITR | wire | 08/23/16 | 08/23/16 | 6,000.00 | WF #1815 |
| Interdata Technical Resources / ITR | wire | 09/01/16 | 09/01/16 | 10,500.00 | WF #1815 |

QUATRO SYSTEMS, INC.
SCHEDULE OF PAYMENTS TO ITR
DURING THE PERIOD OCTOBER 6, 2013 THROUGH OCTOBER 6, 2017

| Payees Names | Check Num | Check Date | Clear Date | Amount | Account |
|---|---|---|---|---|---|
| Interdata Technical Resources / ITR | wire | 09/02/16 | 09/02/16 | 3,000.00 | WF #1815 |
| Interdata Technical Resources / ITR | wire | 09/09/16 | 09/09/16 | 700.00 | WF #1815 |
| Interdata Technical Resources / ITR | wire | 09/14/16 | 09/14/16 | 3,000.00 | WF #1815 |
| Interdata Technical Resources / ITR | wire | 09/15/16 | 09/15/16 | 1,200.00 | WF #1815 |
| Interdata Technical Resources / ITR | wire | 10/04/16 | 10/04/16 | 850.00 | WF #1815 |
| Interdata Technical Resources / ITR | wire | 10/21/16 | 10/21/16 | 3,200.00 | WF #1815 |
| Interdata Technical Resources / ITR | wire | 10/25/16 | 10/25/16 | 2,500.00 | WF #1815 |
| Interdata Technical Resources / ITR | wire | 10/28/16 | 10/28/16 | 3,200.00 | WF #1815 |
| Interdata Technical Resources / ITR | wire | 11/03/16 | 11/03/16 | 2,400.00 | WF #1815 |
| Interdata Technical Resources / ITR | wire | 12/01/16 | | 2,000.00 | WF #1815 |
| Interdata Technical Resources / ITR | wire | 12/23/16 | 12/23/16 | 10,500.00 | WF #1815 |
| Interdata Technical Resources / ITR | Transfer | 01/06/17 | 01/06/17 | 4,400.00 | WF #1815 |
| Interdata Technical Resources / ITR | Transfer | 01/13/17 | 01/13/17 | 5,000.00 | WF #1815 |
| Interdata Technical Resources / ITR | Transfer | 01/26/17 | 01/26/17 | 300.00 | WF #1815 |
| Interdata Technical Resources / ITR | 33192 | 02/10/17 | 02/13/17 | 505.00 | WF #1815 |
| Interdata Technical Resources / ITR | 33196 | 02/16/17 | 02/16/17 | 8,000.00 | WF #1815 |
| Interdata Technical Resources / ITR | 33198 | 02/23/17 | 02/24/17 | 2,000.00 | WF #1815 |
| Interdata Technical Resources / ITR | 33204 | 02/24/17 | 02/24/17 | 5,180.00 | WF #1815 |
| Interdata Technical Resources / ITR | 33208 | 03/02/17 | 03/02/17 | 3,000.00 | WF #1815 |
| Interdata Technical Resources / ITR | 33219 | 03/09/17 | 03/10/17 | 3,300.00 | WF #1815 |
| Interdata Technical Resources / ITR | 33225 | 03/11/17 | 03/13/17 | 7,900.00 | WF #1815 |
| Interdata Technical Resources / ITR | 33226 | 03/15/17 | 03/15/17 | 28,667.03 | WF #1815 |
| **Interdata Technical Resources / ITR Total** | | | | **559,280.28** | |

## QUATRO SYSTEMS, INC.
### SCHEDULE OF PAYMENTS TO MICHEL R.C. TRUST
### DURING THE PERIOD OCTOBER 6, 2013 THROUGH OCTOBER 6, 2017

| Payees Names | Check Num | Check Date | Clear Date | Amount | Account |
|---|---|---|---|---|---|
| Michel R.C. Blondel Revocable T | 32816 | 03/01/16 | 03/02/16 | 450.00 | WF #1815 |
| Michel R.C. Blondel Revocable T | 32850 | 04/01/16 | 04/01/16 | 264.00 | WF #1815 |
| Michel R.C. Blondel Revocable T | 32877 | 05/02/16 | 05/02/16 | 600.00 | WF #1815 |
| Michel R.C. Blondel Revocable T | 32909 | 06/02/16 | 06/03/16 | 600.00 | WF #1815 |
| Michel R.C. Blondel Revocable T | 32952 | 07/01/16 | 07/01/16 | 600.00 | WF #1815 |
| Michel R.C. Blondel Revocable T | 32992 | 08/01/16 | 08/02/16 | 600.00 | WF #1815 |
| Michel R.C. Blondel Revocable T | 33038 | 09/01/16 | 09/02/16 | 600.00 | WF #1815 |
| Michel R.C. Blondel Revocable T | 33073 | 10/03/16 | 10/03/16 | 600.00 | WF #1815 |
| Michel R.C. Blondel Revocable T | 33111 | 11/01/16 | 11/04/16 | 600.00 | WF #1815 |
| Michel R.C. Blondel Revocable T | 33130 | 12/01/16 | 12/02/16 | 1,162.50 | WF #1815 |
| Michel R.C. Blondel Revocable T | 33169 | 01/03/17 | 01/06/17 | 621.00 | WF #1815 |
| Michel R.C. Blondel Revocable T | 33190 | 02/01/17 | 02/08/17 | 631.00 | WF #1815 |
| Michel R.C. Blondel Revocable T | 33215 | 03/07/17 | 03/08/17 | 621.00 | WF #1815 |
| **Michel R.C. Blondel Revocable Trust Total** | | | | **7,949.50** | |