QUATRO SYSTEMS, INC. EXHIBIT 4
SUMMARY OF PAYMENTS THAT THE DEBTOR RECORDED
AS INTER-COMPANY LOANS OWED BY ITR
OCTOBER 6, 2013 THROUGH OCTOBER 6, 2017

| Payees Names | Full Amount | Insider/Interco Amounts |
|---|---:|---:|
| Aetna US Healthcare Total | 66,755.40 | 4,153.00 |
| American Express Total | 1,227,970.69 | 23,053.23 |
| Hire Right Total | 4,593.30 | 3,263.42 |
| Independence Blue Cross Total | 268,845.47 | 84,931.77 |
| Interdata Technical Resources / ITR Total | 559,280.28 | 255,495.00 |
| Mayall & Company Total | 10,750.00 | 1,250.00 |
| Mike Kazakevich Total | 420,973.96 | 26,562.97 |
| Sun Life Total | 53,528.96 | 13,923.36 |
| Wells Fargo Total | 39,986.24 | 6,738.74 |
| Grand Total | 2,652,684.30 | 419,371.49 |
| Less: Amounts on Exhibit 2 Paid to Kazakevich | | (26,562.97) |
| Less: Amounts on Exhibit 3 Paid to AMEX | | (23,053.23) |
| Less: Amounts on Exhibit 3 Paid to ITR | | (255,495.00) |
| Total | | 114,260.29 |