**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:**  <br><br>**QUATRO SYSTEMS, INC.,**  <br><br>Debtor. | **Chapter 7**  <br><br>**Case No. 17-16851-MDC** |
| **LYNN FELDMAN, as Chapter 7 Trustee of the Estate of Quatro Systems, Inc.,**  <br><br>**Plaintiff,**  <br><br>v.  <br><br>**INTEGRA BUSINESS CENTER, INC., JAMES G. CHEBIN and MICHAEL KAZAKEVICH,**  <br><br>**Defendant.** | Adversary No. 19-00189 |

**FOURTH STIPULATION AND ORDER BETWEEN PLAINTIFF AND DEFENDANT, INTEGRA BUSINESS CENTER, INC., TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD TO THE COMPLAINT**

Lynn Feldman, as Chapter 7 Trustee of the Estate of Quatro Systems, Inc. (the "Plaintiff") and the Defendant, Integra Business Center, Inc. (the "Defendant"), by and through their undersigned counsel, hereby stipulate that the deadline for the Defendant to file an answer or otherwise plead to the Plaintiff's Complaint to Avoid and Recover Transfers [Doc. No. 1] is extended to and including July 27, 2020.

| | |
|---|---|
| **DUANE MORRIS LLP** | **DILWORTH PAXSON LLP** |
| By: /s/ *Lawrence J. Kotler*  <br>Lawrence J. Kotler, Esquire | By: */s/ James M. Matour*  <br>James M. Matour, Esquire |
| *Attorneys for the Plaintiff* | *Attorneys for the Defendant, Integra Business Center, Inc.* |
| Date: April 29, 2020 | Date: April 29, 2020 |

DM3\6771977.1

**ORDER**

The foregoing Stipulation is **APPROVED**.

Date: _____      _____
**MAGDELINE D. COLEMAN**
**CHIEF, U.S. BANKRUPTCY JUDGE**